STATE OF CONNECTICUT *v.* FRANCISCO J. CRUZ
(13737)

O'CONNELL, SCHALLER and SPEAR, Js.

Argued May 31—decision released June 27, 1995

*Timothy C. Moynahan,* with whom, on the brief, was *Ronald J. Barba,* for the appellant (defendant).

*Harry Weller,* assistant state's attorney, with whom, on the brief, were *Michael Dearington,* state's attorney, and *Elpedio N. Vitale,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.